UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

WILLIE EVANS,

                     Defendant.

------------------------------------x

ORDER

20 Crim. 57-3 (GBD)

GEORGE B. DANIELS, District Judge:

    Defense counsel's motion to be relieved as counsel, (ECF No. 633), is GRANTED. Natali Todd, Defendant's current counsel, is relieved due to a conflict of interest. C.J.A. attorneys David Esseks and Eugene Ingoglia are hereby ordered to assume representation of Defendant in the above-captioned matter.

    The Clerk of Court is directed to close the open motion at ECF No. 633.

Dated: April 25, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE