**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-                             ORDER

WILLIE EVANS,                         20 Crim. 57-3 (GBD)

                    Defendant.
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The status conference as to Defendant Evans only will proceed as scheduled on June 7, 2023 at 10:00 a.m.

Dated: New York, New York
       June 1, 2023

                                               SO ORDERED.

                                               *George B. Daniels*
                                               GEORGE B. DANIELS
                                               United States District Judge