UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

WILLIE EVANS,

                      Defendant.

------------------------------------- x

ORDER

20 Crim. 57 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A hearing is set for July 18, 2023, at 2:00 p.m.

    The status conference set for July 27, 2023, at 10:00 a.m. is hereby cancelled.

Dated: New York, New York
        July 13, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge