UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

WILLIE EVANS,

                  Defendant.

------------------------------------x

SCHEDULING ORDER

20 Cr. 57-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

On the Defendant's motion, made with the Government's consent, the sentencing scheduled for November 15, 2023 is adjourned to December 19, 2023, at 10:15 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 696.

Dated: August 29, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge