UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

WILLIE EVANS,

                  Defendant.

------------------------------------x

ORDER

(S7) 20 Cr. 57-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close Defendant's Motion for Release of Brady Materials and Motion to Sever Defendant, (ECF No. 377), as having been mooted by Defendant's guilty plea.

Dated: November 2, 2023
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge