# ALLEN & OVERY

VIA ECF

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: DEC 0 4 2023

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| Direct line | +1 212 610 6369 |
| Mobile | +1 347 598 2690 |

eugene.ingoglia@allenovery.com

29 November 2023

**Re: United States v. Willie Evans, et al., S7 20 Cr. 057 (GBD)**

Dear Judge Daniels:

We represent Willie Evans in the above-captioned matter and write to request an adjournment of Mr. Evans's sentencing hearing for approximately sixty days.

Mr. Evans's sentencing submission is currently due on December 11, 2023, and his sentencing hearing is currently scheduled for December 19, 2023 (ECF No. 697). We respectfully request this adjournment so that we may further consult with Mr. Evans who is currently incarcerated at the Metropolitan Detention Center, so that Mr. Evans has adequate time to contribute to the sentencing submission and review the submission in advance of filing, and so that we can adequately address the statistics adopted from the Judiciary Sentencing Information ("JSIN") database that were included in Appendix A to the pre-sentencing report ("PSR") for Mr. Evans.

As such, we respectfully request that the Court grant an adjournment of Mr. Evans's sentencing hearing date for approximately sixty days, to February 6, 8, 12, 13, or such date as would be convenient for the Court. The government consents to this request for an adjournment.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.
Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Eugene Ingoglia
David C. Esseks
Eugene Ingoglia
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
eugene.ingoglia@allenovery.com

KOFFSKY & FELSEN LLC
Bruce D. Koffsky
1261 Post Road, Ste. 202B
Fairfield, Connecticut 06824
Telephone: (203) 327-1500
bkoffsky@snet.net

*Attorneys for Defendant Willie Evans*

CC:
AUSA Adam Hobson (adam.hobson@usdoj.gov)
AUSA Michael Longyear (michael.longyear@usdoj.gov)
AUSA Jacob Warren (jacob.warren@usdoj.gov)
AUSA Peter Davis (peter.davis2@usdoj.gov)
AUSA Rushmi Bhaskaran (rushmi.bhaskaran@usdoj.gov)
USPO Jemmard Thomas (jemmard_thomas@nysp.uscourts.gov)