UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-                                    ORDER

WILLIE EVANS,                                S7 20 Crim. 57-3 (GBD)

               Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

Having granted Defendant's request for a sentencing adjournment, (ECF No. 738), sentencing is hereby scheduled for February 8, 2023 at 10:00 a.m.

Dated: January 2, 2024
      New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge