# ALLEN & OVERY

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

March 4, 2024

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

**SO ORDERED**

The sentencing is rescheduled to
April 30, 2024 at 10:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

MAR 0 4 2024

**Re: United States v. Willie Evans, et al., S7 20 Cr. 057 (GBD)**

Dear Judge Daniels:

We represent Willie Evans in the above-captioned matter and write to request an adjournment of Mr. Evans's sentencing hearing to a date convenient to the Court during the weeks of April 22 or April 29.

Mr. Evans's sentencing submission is currently due on March 5, 2024, and his sentencing hearing is currently scheduled for March 13, 2024 (ECF No. 762). We respectfully request this adjournment, at the request of our client, so that he may further consult with co-counsel, Mr. Koffsky, who recently concluded a multi-week trial in the District of Connecticut before the Honorable Kari Dooley. Mr. Evans requests this extension to provide Mr. Koffsky with adequate time to contribute to the sentencing submission, review the submission in advance of filing, and consult with Mr. Evans, who is currently incarcerated at the Metropolitan Detention Center in Brooklyn.

As such, we respectfully request that the Court grant an adjournment of Mr. Evans's sentencing hearing date to a date convenient for the Court during the weeks of April 22 and April 29[1] so that Mr. Koffsky can attend the hearing in light of his trial schedule. The government consents to this request for an adjournment.

---

[1] The government is unavailable on April 24 from 11AM to 12PM.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Eugene Ingoglia
David C. Esseks
Eugene Ingoglia
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
eugene.ingoglia@allenovery.com

KOFFSKY & FELSEN LLC
Bruce D. Koffsky
1261 Post Road, Ste. 202B
Fairfield, Connecticut 06824
Telephone: (203) 327-1500
bkoffsky@snet.net

*Attorneys for Defendant Willie Evans*

CC:
AUSA Adam Hobson (adam.hobson@usdoj.gov)
AUSA Michael Longyear (michael.longyear@usdoj.gov)
AUSA Jacob Warren (jacob.warren@usdoj.gov)
AUSA Peter Davis (peter.davis2@usdoj.gov)
AUSA Rushmi Bhaskaran (rushmi.bhaskaran@usdoj.gov)
USPO Jemmard Thomas (jemmard_thomas@nysp.uscourts.gov)