**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

WILLIE EVANS,

Defendant.

ORDER

20 Cr. 57-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government is ordered to respond to Defendant's motion for a reduction of sentence, (ECF No. 869,) by October 16, 2026.

Dated: August 17, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge