MANDATE

S.D.N.Y. – N.Y.C.
20-cr-57
Daniels, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of August, two thousand twenty-six.

Present:
William J. Nardini,
Steven J. Menashi,
Eunice C. Lee,
*Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: Sep 29, 2026

---

United States of America,

*Appellee*,

v. 23-7971 (L); 24-1258 (Con)

Willie Evans,

*Defendant-Appellant*.*

---

Elizabeth A. Latif, counsel for Appellant Willie Evans, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves to dismiss based on the waiver of appellate rights contained in Appellant's plea agreement or for summary affirmance.

Upon due consideration, it is hereby ORDERED that the *Anders* motion is GRANTED. It is further ORDERED that the Government's motion to dismiss is GRANTED with respect to the terms of imprisonment and supervised release and special assessment. The Government's motion for summary affirmance is DENIED with respect to the special conditions of supervised release requiring Appellant to participate in psychological treatment and submit to searches, and GRANTED in remaining part.

---

* The Clerk of Court is respectfully directed to amend the caption as set forth above.

MANDATE ISSUED ON 09/28/2026

It is further ORDERED that the case is REMANDED to the district court for the limited purpose of correcting the judgment to conform with the orally pronounced sentence with respect to the psychological treatment and search conditions. *See* 28 U.S.C. § 2106; Fed. R. Crim. P. 36. The psychological treatment condition was not pronounced at sentencing and must be removed, and the version of the search condition pronounced at sentencing required that searches be "conducted in a reasonable time and in a reasonable manner." App'x at 138; *see United States v. Jesurum*, 819 F.3d 667, 673 (2d Cir. 2016); *United States v. Rosario*, 386 F.3d 166, 168 (2d Cir. 2004).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe